**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDER O. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10-cv-4460 |
| | ) | |
| vs. | ) | Judge Manning |
| | ) | Magistrate Judge Valdez |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to FED.R.CIV.P. 41(a)(1)(i), Plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice and without costs and respectfully requests that the Court enter an order to that effect.

Respectfully submitted,

s/Michelle R. Teggelaar

Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

mteggelaar@edcombs.com

**CERTIFICATE OF SERVICE**

        I, Michelle R. Teggelaar, hereby certify that on September 1, 2010, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. Notice was served via U.S. Mail upon the following parties:

GC Services, LP
c/o registered agent CT Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Ste. 300
Chicago, IL 60601-1081

                                                            s/Michelle R. Teggelaar