UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Alexander O. Smith

        Plaintiff,

v.               Case No.: 1:10–cv–04460
                Honorable Blanche M. Manning

GC Services, LP

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 2, 2010:

  MINUTE entry before Honorable Blanche M. Manning: Pursuant to FRCP 41(a)(1)(i) stipulation, the case is dismissed with prejudice and without costs. Status hearing set to 9/14/2010 is hereby stricken.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.